**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Salahuddin Ali Sa'D,

Petitioner,

v.

State of Minnesota,

Respondent.

**ORDER**
Civil No. 01-1679 ADM/FLN

---

By an Order dated October 2, 2001, the undersigned United States District Court Judge denied and dismissed Petitioner Salahuddin Ali Sa'D's Petition for Writ of Habeas Corpus. Thereafter, Petitioner filed an Objection to the Report & Recommendation upon which the Order was based. Petitioner's Objection is untimely. Moreover, this submission has been duly considered and it does not change the effect of the Order.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: October 11, 2001

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______